■ DOMINICK A. SAPIENZA, as Administrator of the Estate of JAMES A. SAPIENZA, Deceased, Respondent, v COUNTY OF ERIE, Appellant, et al., Defendants. (Appeal No. 2.) [706 NYS2d 664] —Order unanimously affirmed without costs. Same Memorandum as in Sapienza v County of Erie (270 AD2d 907 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Mintz, J.—Summary Judgment.) Present—Pigott, Jr., P. J., Green, Pine, Hayes and Hurlbutt, JJ.

■ VILLAGE OF WEBSTER, Appellant, v TOWN OF WEBSTER et al., Respondents, et al., Defendants. (Appeal No. 1.) [706 NYS2d 658] —Order affirmed without costs for reasons stated in decision at Supreme Court, Fisher, J. All concur, Pine, J., not participating. (Appeal from Order of Supreme Court, Monroe County, Fisher, J.—Injunction.) Present—Pigott, Jr., P. J., Green, Pine, Hayes and Hurlbutt, JJ.